UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00174-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID JIMENEZ-MARTINEZ, a/k/a David Landin Jimenez,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, May 18, 2012,** and responses to these motions shall be filed by **Friday, June 1, 2012.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time. Should a hearing become necessary, the parties shall contact chambers. It is

    FURTHER ORDERED that a 2-day jury trial is set for **Monday, June 25, 2012, at 9:00 a.m. in courtroom A-1002.**

    Dated: May 3, 2012.

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL
                            CHIEF U. S. DISTRICT JUDGE